UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE CALL MEDICAL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>Defendant. | No. 2:17-cv-01385-KJM-CKD<br><br>FIRST AMENDMENT<br>TO THE   SCHEDULING ORDER |

The parties jointly request (ECF No. 15) to continue the following dates in the pretrial scheduling order (ECF No. 13) pending completion of two related, underlying proceedings that may moot all issues in this case moot.  Good cause appearing, the court GRANTS this request, as follows:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Discovery Completion | July 2, 2018 | January 4, 2019 |
| Expert Disclosure | August 17, 2018 | February 18, 2019 |
| Supplemental Expert Disclosures | September 14, 2018 | March 15, 2019 |
| Expert Discovery Completion | October 12, 2018. | April 15, 2019 |
| Hearing on Dispositive Motion Deadline | December 7, 2018 | June 7, 2019 at 10:00 a.m. |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 13).

　　　　　IT IS SO ORDERED.

DATED:  June 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

1